# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARC RASHAND GUYTON

NO. 2019 KW 1319

DEC 2 3 2019

---

In Re:     Marc Rashand Guyton, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 503055.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **WRIT GRANTED.** The district court is ordered to act on relator's motion for speedy trial filed on or about January 10, 2019, on or before January 21, 2020. A copy of the district court's action shall be filed in this court on or before January 31, 2020.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT